# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MASON J. HAYENGA                                           Case Number: 07-72005
        1657 OVERLOOK DRIVE            SSN-xxx-xx-7774
        DIXON, IL  61021

                                                    Case filed on:    8/23/2007
                                                    Plan Confirmed on: 11/19/2007
                              D Dismissed

Total funds received and disbursed pursuant to the plan: $2,388.44      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,500.00 | 3,500.00 | 2,219.63 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,219.63 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 118.86 | 118.86 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 2,092.64 | 2,092.64 | 0.00 | 0.00 |
|  | Total Priority | 2,211.50 | 2,211.50 | 0.00 | 0.00 |
| 999 | MASON J. HAYENGA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | NATIONWIDE ADVANTAGE MORTGAGE CO | 4,584.32 | 4,584.32 | 0.00 | 0.00 |
|  | Total Secured | 4,584.32 | 4,584.32 | 0.00 | 0.00 |
| 001 | HEIGHTS FINANCE | 1,702.62 | 1,702.62 | 0.00 | 0.00 |
| 003 | WORLD ACCEPTANCE CORPORATION | 2,612.17 | 2,612.17 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 108.62 | 108.62 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 23.79 | 23.79 | 0.00 | 0.00 |
| 006 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ALLIANCE ONE RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 702.57 | 702.57 | 0.00 | 0.00 |
| 009 | CORTRUST BANK | 416.53 | 416.53 | 0.00 | 0.00 |
| 010 | LVNV FUNDING LLC | 425.46 | 425.46 | 0.00 | 0.00 |
| 011 | FARLEYS APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PREMIER BANKCARD/CHARTER | 459.70 | 459.70 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 528.00 | 528.00 | 0.00 | 0.00 |
| 014 | KSB MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MBI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 533.40 | 533.40 | 0.00 | 0.00 |
| 017 | SECURITY FINANCE | 627.86 | 627.86 | 0.00 | 0.00 |
| 018 | COTTONWOOD FINANCIAL | 1,547.00 | 1,547.00 | 0.00 | 0.00 |
| 019 | ASPIRE VISA GOLD | 1,172.45 | 1,172.45 | 0.00 | 0.00 |
| 020 | FINGERHUT CREDIT ADVANTAGE | 101.98 | 101.98 | 0.00 | 0.00 |
| 021 | FINGERHUT CREDIT ADVANTAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ASPIRE VISA GOLD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 10,962.15 | 10,962.15 | 0.00 | 0.00 |
|  | Grand Total: | 21,257.97 | 21,257.97 | 2,219.63 | 0.00 |

Total Paid Claimant:      $2,219.63
Trustee Allowance:        $168.81         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00            discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 10/30/2008        By  /s/Heather M. Fagan